<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7356**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. HARRIS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District Judge.  (CR-93-1)

---

Submitted:  March 19, 2004          Decided:  April 12, 2004

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael A. Harris, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Harris appeals the district court's orders denying his "Motion for Downward Departure and/or Relief from Sentencing Enhancements Through Reconsideration of a Sentence of Imprisonment" and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Harris</u>, No. CR-93-1 (E.D. Va. Aug. 4, 2003 & Sept. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>